# EXHIBIT "1"

## *Product Images*

## Class Action Complaint

**Banana Boat Sport Ultra Sunscreen Lotion SPF 15—8 oz: Product Image—Front Label**



Exhibit 1A: (1) Sport Ultra Sunscreen Lotion SPF 15—8 oz Front Label

**Banana Boat Sport Ultra Sunscreen Lotion SPF 15—8 oz: Product Image—Back Label**



Exhibit 1A: (1) Sport Ultra Sunscreen Lotion SPF 15—8 oz Back Label

**Banana Boat Sport Ultra Sunscreen Lotion SPF 30—1 oz: Product Image—Front Label**



Exhibit 1B: (1) Sport Ultra Sunscreen Lotion SPF 30—1 oz Front Label

**Banana Boat Sport Ultra Sunscreen Lotion SPF 30—1 oz: Product Image—Back Label**



Exhibit 1B: (1) Sport Ultra Sunscreen Lotion SPF 30—1 oz Back Label

**Banana Boat Sport Ultra Sunscreen Lotion SPF 30—3 oz: Product Image—Front Label**



Exhibit 1C: (1) Sport Ultra Sunscreen Lotion SPF 30—3 oz Front Label

**Banana Boat Sport Ultra Sunscreen Lotion SPF 30—3 oz: Product Image—Back Label**



Exhibit 1C: (1) Sport Ultra Sunscreen Lotion SPF 30—3 oz Back Label

**Banana Boat Sport Ultra Sunscreen Lotion SPF 30—8 oz: Product Image—Front Label**



Exhibit 1D: (1) Sport Ultra Sunscreen Lotion SPF 30—8 oz Front Label

**Banana Boat Sport Ultra Sunscreen Lotion SPF 30—8 oz: Product Image—Back Label**



Exhibit 1D: (1) Sport Ultra Sunscreen Lotion SPF 30—8 oz Back Label

**Banana Boat Sport Ultra Sunscreen Lotion SPF 50+—2 oz: Product Image—Front Label**



Exhibit 1E: (1) Sport Ultra Sunscreen Lotion SPF 50+—2 oz Front Label

**Banana Boat Sport Ultra Sunscreen Lotion SPF 50+—2oz: Product Image—Back Label**



Exhibit 1E: (1) Sport Ultra Sunscreen Lotion SPF 50+—2 oz Back Label

**Banana Boat Sport Ultra Sunscreen Lotion SPF 50+—8 oz: Product Image—Front Label**



Exhibit 1F: (1) Sport Ultra Sunscreen Lotion SPF 50+—8 oz Front Label

**Banana Boat Sport Ultra Sunscreen Lotion SPF 50+—8 oz: Product Image—Back Label**



Exhibit 1F: (1) Sport Ultra Sunscreen Lotion SPF 50+—8 oz Back Label

**Banana Boat Sport Ultra Sunscreen Lotion SPF 50+—12 oz: Product Image—Front Label**



Exhibit 1G: (1) Sport Ultra Sunscreen Lotion SPF 50+—12 oz Front Label

**Banana Boat Sport Ultra Lotion Sunscreen SPF 50+—12 oz: Product Image—Back Label**



Exhibit 1G: (1) Sport Ultra Sunscreen Lotion SPF 50+—12 oz Back Label

**Banana Boat Sport Ultra Sunscreen Spray SPF 15—6 oz: Product Image—Front Label**



Exhibit 1H: (2) Sport Ultra Sunscreen Spray SPF 15—6 oz Front Label

**Banana Boat Sport Ultra Sunscreen Spray SPF 15—6 oz: Product Image—Back Label**



Exhibit 1H: (2) Sport Ultra Sunscreen Spray SPF 15—6 oz Back Label

**Banana Boat Sport Ultra Sunscreen Spray SPF 30—6 oz: Product Image—Front Label**



Exhibit 1I: (2) Sport Ultra Sunscreen Spray SPF 30—6 oz Front Label

**Banana Boat Sport Ultra Sunscreen Spray SPF 30—6 oz: Product Image—Back Label**



Exhibit 1I: (2) Sport Ultra Sunscreen Spray SPF 30—6 oz Back Label

**Banana Boat Sport Ultra Sunscreen Spray SPF 30—12 oz: Product Image—Front Label**



Exhibit 1J: (2) Sport Ultra Sunscreen Spray SPF 30 Twin Pack—12 oz Front Label

**Banana Boat Sport Ultra Sunscreen Spray SPF 30—12 oz: Product Image—Back Label**



Exhibit 1J: (2) Sport Ultra Sunscreen Spray SPF 30 Twin Pack—12 oz Back Label

**Banana Boat Sport Ultra Sunscreen Spray SPF 50+—6 oz: Product Image—Front Label**



Exhibit 1K: (2) Sport Ultra Sunscreen Spray SPF 50+ Front Label

**Banana Boat Sport Ultra Sunscreen Spray SPF 50+—6 oz: Product Image—Back Label**



Exhibit 1K: (2) Sport Ultra Sunscreen Spray SPF 50+—6 oz Back Label

**Banana Boat Sport Ultra Sunscreen Spray SPF 50+—12 oz: Product Image—Front Label**



Exhibit 1L: (2) Sport Ultra Sunscreen Spray SPF 50+ Twin Pack —12 oz Front Label

**Banana Boat Sport Ultra Sunscreen Spray SPF 50+—12 oz: Product Image—Back Label**



Exhibit 1L: (2) Sport Ultra Sunscreen Spray SPF 50+Twin Pack —12oz Back Label

**Banana Boat Sport Ultra Sunscreen Stick SPF 50+—1.5 oz: Product Image— Front Label**



Exhibit 1M: (3) Sport Ultra Sunscreen Stick SPF 50+—1.5 oz Front Label

**Banana Boat Sport Ultra Sunscreen Stick SPF 50+—1.5 oz: Product Image—Back Label**



Exhibit 1M: (3) Sport Ultra Sunscreen Stick SPF 50+—1.5 oz Front Label

**Banana Boat Sport Ultra Sunscreen Lotion (Faces) SPF 30—3 oz: Product Image—Front Label**



Exhibit 1N: (4) Sport Ultra Sunscreen Lotion (Faces) SPF 30—3 oz Front Label

**Banana Boat Sport Ultra Sunscreen Lotion (Faces) SPF 30—3 oz: Product Image—Back Label**



Exhibit 1N: (4) Sport Ultra Sunscreen Lotion (Faces) SPF 30—3 oz Back Label

**Banana Boat Sport Coolzone Sunscreen Spray SPF 30—1.8 oz: Product Image—Front Label**



Exhibit 1O: (5) Sport Coolzone Sunscreen Spray SPF 30—1.8 oz Front Label

**Banana Boat Sport Coolzone Sunscreen Spray SPF 30—1.8 oz: Product Image—Back Label**



Exhibit 1O: (5) Sport Coolzone Sunscreen Spray SPF 30—1.8 oz Back Label

**Banana Boat Sport Coolzone Sunscreen Spray SPF 30—12 oz: Product Image—Front Label**



Exhibit 1P: (5) Sport Coolzone Sunscreen Spray SPF 30 Twin Pack—12 oz Front Label

**Banana Boat Sport Coolzone Sunscreen Spray SPF 30—12 oz: Product Image—Back Label**



Exhibit 1P: (5) Sport Coolzone Spray Sunscreen SPF 30 Twin Pack—12 oz Back Label

**Banana Boat Sport Coolzone Sunscreen Spray SPF 50+—6 oz: Product Image—Front Label**



Exhibit 1Q: (5) Sport Coolzone Spray Sunscreen SPF 50+—6 oz Front Label

**Banana Boat Sport Coolzone Sunscreen Spray SPF 50+—6 oz: Product Image—Back Label**



Exhibit 1Q: (5) Sport Coolzone Sunscreen Spray SPF 50+—6 oz Back Label

**Banana Boat Sport Coolzone Sunscreen Spray SPF 50+—12 oz: Product Image—Front Label**



Exhibit 1R: (5) Sport Coolzone Sunscreen Spray SPF 50+ Twin Pack—12 oz Front Label

**Banana Boat Sport Coolzone Sunscreen Spray SPF 50+—12 oz: Product Image—Back Label**



Exhibit 1R: (5) Sport Coolzone Sunscreen Spray SPF 50+ Twin Pack—12 oz Back Label